UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEAN A. TREVINO                                              PLAINTIFF

VS.                                      CIVIL ACTION NO. 1:05CV329TSL-MTP

WYETH; WYETH PHARMACEUTICALS INC.;
PFIZER, INC.; PHARMACIA & UPJOHN
COMPANY (A/K/A PHARMACIA & UPJOHN,
INC.), AND GREENSTONE LTD.                                  DEFENDANTS

## JUDGMENT

Pursuant to order entered this date, it is hereby

ORDERED AND ADJUDGED that this cause be and is hereby dismissed with prejudice.

SO ORDERED, this 14th day of February, 2013.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE